UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FITBIT, INC.,<br><br>    Defendant. | Civil Action No.: 1:19-cv-11586-IT |

**JOINT MOTION TO EXCEED PAGE LIMITS AND
ENLARGEMENT OF TIME TO OPPOSE MOTION TO DISMISS**

Plaintiff Philips North America LLC ("Philips") and Defendant Fitbit, Inc. ("Fitbit") respectfully and jointly move to exceed the page limits imposed by Local Rule 7.1(b)(4) by five pages in connection with Fitbit's intended motion to dismiss and Philips' corresponding opposition. In addition, the parties respectfully and jointly move for an enlargement of time of seven days for Philips to file an opposition to Fitbit's motion to dismiss. In support of this motion, the parties jointly state as follows:

1. The Complaint filed by Philips in this case asserts claims of infringement of four patents by Fitbit. (ECF No. 1). Fitbit's deadline to answer, move or otherwise respond to the Complaint is November 22, 2019. (ECF No. 10).

2. In response to the Complaint, Fitbit intends to file a motion to dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6) on the grounds that the asserted patents claim unpatentable subject matter pursuant to 35 U.S.C. § 101 and *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 573 U.S. 208 (2014).

2

3. The parties jointly agree that a modest enlargement of five (5) pages to the page limit imposed by Local Rule 7.1(b)(4) will enable the parties to better explain to the Court the technology relating to the asserted patents in this case.

4. In addition, the parties jointly request that Philips be granted a modest enlargement of seven days to file its opposition to Fitbit's motion to dismiss. This is Philips' first request for an extension of any of its deadlines.

5. The initial Scheduling Conference in this case is set for December 2, 2019 at 2:30 p.m. (ECF No. 11). The requested extension of time will not impact any Court imposed deadlines. The parties intend to comply with their obligations pursuant to Local Rule 16.1 and this Court's September 17, 2019 Notice of Scheduling Conference (ECF No. 8) based on the Scheduling Conference date of December 2, 2019.

WHEREFORE, the parties jointly and respectfully request that the Court enter an order granting this Joint Motion as follows:

a. Defendant Fitbit's Memorandum in Support of Motion to Dismiss may exceed the page limits imposed by Local Rule 7.1(b)(4) by five pages, for a total page limit of twenty-five pages;

b. Plaintiff Philips' Opposition to Fitbit's Motion to Dismiss may exceed the page limits imposed by Local Rule 7.1(b)(4) by five pages, for a total page limit of twenty-five pages; and

c. The time for Philips to file an opposition to Fitbit's Motion to Dismiss be enlarged by seven days.

Jointly and respectfully submitted on this 7th day of November, 2019,

| | |
|---|---|
| FITBIT, INC.<br>by its attorneys, | PHILIPS NORTH AMERICA LLC,<br>By its attorneys, |
| /s/ *Jennifer B. Furey*<br>Jennifer B. Furey (BBO # 634174)<br>Andrew T. O'Connor (BBO # 664811)<br>GOULSTON & STORRS PC<br>400 Atlantic Avenue<br>Boston, MA 02110<br>Telephone: (617) 482-1776<br>Facsimile: (617) 574-4112<br>E-mail: jfurey@goulstonstorrs.com<br>       aoconnor@goulstonstorrs.com<br><br>and<br><br>Yar R. Chaikovsky *(Pro Hac Vice)*<br>David Beckwith *(Pro Hac Vice)*<br>David T. Okano *(Pro Hac Vice)*<br>Berkeley G. Fife *(Pro Hac Vice)*<br>PAUL HASTINGS, LLP<br>1117 S. California Ave.<br>Palo Alto, CA 94304<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br>E-mail: yarchaikovsky@paulhastings.com<br>       davidbeckwith@paulhastings.com<br>       davidokano@paulhastings.com<br>       berkeleyfife@paulhastings.com<br><br>Chad J. Peterman *(Pro Hac Vice)*<br>PAUL HASTINGS, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6797<br>Facsimile: (212) 230-7797<br>E-mail: chadpeterman@paulhastings.com | /s/ *Lucas I. Silva*<br>Lucas I. Silva (BBO # 673935)<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Suite 2500<br>Boston, MA 02199<br>Telephone: (617) 342-4000<br>E-mail: lsilva@foley.com<br><br>and<br><br>Eley O. Thompson<br>FOLEY & LARDNER LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, IL 60654<br>Telephone: (312) 832-4500<br>E-mail: ethompson@foley.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 7, 2019, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                       /s/ *Jennifer B. Furey*
                                       Jennifer B. Furey

4828-3813-6748.1