UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FITBIT, INC.,<br><br>        Defendant. | Civil Action No. 1:19-cv-11586-IT |

**[PROPOSED] ORDER GRANTING DEFENDANT FITBIT, INC.'S RENEWED RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF PHILIPS NORTH AMERICA LLC'S FIRST AMENDED COMPLAINT UNDER 35 U.S.C. § 101**

Having reviewed Defendant Fitbit, Inc.'s renewed motion to dismiss Plaintiff Philips North America LLC's first amended complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court **GRANTS** the motion.

The Court **ORDERS** the first amended complaint to be DISMISSED WITH PREJUDICE.

BY THE COURT:

Date: _____          _____
                                            Indira Talwani, J.