# EXHIBIT E

RECEIVED
CENTRAL FAX CENTER

APR 0 6 2004

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | ) | Title: METHOD AND APPARATUS FOR HEALTH & DISEASE MANAGEMENT COMBINING PATIENT DATA MONITORING WITH WIRELESS INTERNET CONNECTIVITY |
| ROGER QUY | ) | |
| | ) | |
| Serial No.: 10/418,845 | ) | Examiner:    UNKNOWN |
| Filed:   APRIL 18, 2003 | ) | Group Art Unit:   UNKNOWN |

OFFICIAL

## PRELIMINARY AMENDMENT

U.S. Patent and Trademark Office
P.O. Box 1450
Arlington, VA 22313-1450

Dear Sir:

Please amend the above-identified application as follows :

In the claims:

Please add the following claims:

31 (new). A internet-enabled wireless web device for monitoring health connected in at least periodic wireless communication with a server, comprising:

    An internet-enabled wireless web device running an application;

    A port for communications with an implantable medical device via a first wireless connection;

    A port for wireless mobile communications with a mobile telephone network via a second wireless connection;

    such that the application functions to accept a health parameter from the implantable medical device via the first wireless connection, and

    such that the application functions to transmit data corresponding to the accepted health parameter to the server via the second wireless connection.

32(new). The device of claim 31, wherein the first wireless connection is selected from the group consisting of: 802.11, 802.16, and Bluetooth communication schemes.

33(new). The device of claim 31, wherein the second wireless connection is a mobile or cellular phone network.

34(new). The device of claim 31, wherein the internet-enabled wireless web device is a mobile phone.

35(new). The device of claim 31, wherein the implantable medical device is selected from the group consisting of: cardiac monitors, heart rate monitors, blood pressure monitors, respiratory monitors, temperature monitors, blood glucose monitors, and combinations thereof.

36(new). A method of using an internet-enabled wireless web device to monitor health, the device connected in at least periodic wireless communication with a server, comprising:

> Running an application on an internet-enabled wireless web device;
> Accepting a health parameter from an implantable medical device via a first wireless connection;
> Transmitting data corresponding to the health parameter to a server via a second wireless connection.

37(new). The method of claim 36, wherein the first wireless connection is selected from the group consisting of: 802.11, 802.16, and Bluetooth communication schemes.

38(new). The method of claim 36, wherein the second wireless connection is a mobile or cellular phone network.

39(new). The method of claim 36, wherein the internet-enabled wireless web device is a mobile phone.

40(new). The device of claim 36, wherein the implantable medical device is selected from the group consisting of: cardiac monitors, heart rate monitors, blood pressure monitors, respiratory monitors, temperature monitors, blood glucose monitors, and combinations thereof.

41(new).  A internet-enabled wireless web device connected in at least occasional wireless communication with a network for monitoring a health parameter measured by an implantable device, comprising:

> An internet-enabled wireless web device running an application, having a port for communications with an implantable medical device via a first wireless connection, and having a port for wireless mobile communications with a network via a second wireless connection;
>
> such that the application functions to accept a health parameter from the implantable medical device via the first wireless connection, and
>
> such that the application functions to transmit data corresponding to the accepted health parameter to the server via the second wireless connection.

42(new).  The device of claim 41, wherein the first wireless connection is selected from the group consisting of: 802.11, 802.16, and Bluetooth communication schemes.

43(new).  The device of claim 41, wherein the second wireless connection is to a mobile or cellular phone network.

44(new).  The device of claim 41, wherein the internet-enabled wireless web device is either a mobile phone or a PDA having a wireless communications capability.

45(new).  The device of claim 41, wherein the implantable medical device is selected from the group consisting of: cardiac monitors, heart rate monitors, blood pressure monitors, respiratory monitors, temperature monitors, blood glucose monitors, and combinations thereof.

46(new). A method of using an internet-enabled wireless web device to monitor health, the device connected in at least occasional wireless communication with a server, comprising:

    Running an application on an internet-enabled wireless web device;

    Accepting a health parameter from an implantable medical device via a first wireless connection;

    Transmitting data corresponding to the health parameter to a server via a second wireless connection.

47(new). The method of claim 46, wherein the first wireless connection is selected from the group consisting of: 802.11, 802.16, and Bluetooth communication schemes.

48(new). The method of claim 46, wherein the second wireless connection is to a mobile or cellular phone network.

49(new). The method of claim 46, wherein the internet-enabled wireless web device is a mobile phone or a PDA having a wireless communications capability.

50(new). The device of claim 46, wherein the implantable medical device is selected from the group consisting of: cardiac monitors, heart rate monitors, blood pressure monitors, respiratory monitors, temperature monitors, blood glucose monitors, and combinations thereof.

## REMARKS

Claims 1-30 were currently pending in the application. Claims 31-50 are added here to more fully claim what Applicant regards as the invention. Support for these claims is found in the original set of claims and, e.g., at column 7, lines 6-7. These claims are submitted to be patentable and a Notice of Allowance is requested.

If the Examiner feels a teleconference would advance prosecution of the application, he or she is requested to contact the undersigned at the number given below.

Respectfully submitted,

Dated: April 5, 2004          By: _____
                                  Mark D. Wieczorek
                                  Registration No. 37,966
                                  C/o Mayer Fortkort & Williams
                                  251 North Avenue West
                                  Westfield, NJ 07090
                                  Telephone:(562) 244-5671
                                  Fax: (619) 795-2943