# EXHIBIT F




3747 cc

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| **Applicants:** | ) | **Title:** | **METHOD AND APPARATUS FOR HEALTH AND DISEASE MANAGEMENT COMPBINING PATIENT DATA MONITORING WITH WIRELESS INTERNET CONNECTIVITY** |
| **Roger J. Quy** | ) | | |
| **Serial No.: 10/418,845** | ) | **Examiner:** | **Wolfe, Willis R.** |
| **Filed: April 18, 2003** | ) | **Group Art Unit:** | **3747** |

**PETITION FOR EXTENSION OF TIME AND AMENDMENT**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Applicant hereby requests that the due date for response to Office action dated July 8, 2004 be extended by (1) month from October 8, 2004 to November 8, 2004. Enclosed please find a PTO Form-2038 Credit Card Form in the amount of $55.00 (small entity) for the fee to extend the due date by (1) month.

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail in an envelope addressed to the Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on:

November 2, 2004
(Date of Deposit)

Brenda Geiger
(Name of the Person Making the Deposit)

Brenda Geiger
(Signature)

November 2, 2004
(Date of Signature)

11/08/2004 BABRAHA1 00000037 10418845
01 FC:2251 55.00 OP

 Attorney Docket No. 00125/002002

In response to the Office Action dated July 8, 2004, the period therefore having been extended by a Petition therefore and payment of the extension fee, kindly amend the above-identified application as follows.

**In the Specification**:

Please amend the abstract as follows:

Embodiments of the invention provide a method and apparatus for a wireless health monitoring system for interactively monitoring a ~~disease or~~ health condition of a patient by connecting an internet-enabled wireless ~~web~~ device ("WWD") to a health monitoring device which may be a medical device ~~or other health related device such as an exercise machine~~. ~~The WWD may be connected to the health monitoring device directly by a wired connection to a generic input/output port of the WWD using an optional adaptor if necessary. Alternatively, the WWD may be wirelessly connected to the health monitoring device, such as via an infrared or radio frequency connection, including using protocols such as Bluetooth or 802.11. The wireless connection may also employ an adaptor if necessary. The user may also input data to the WWD manually, such as by a keypad, keyboard, stylus, or optionally by voice command.~~

The health related data is transmitted from the WWD to a server using standard internet protocols. The server calculates a response using a software program which may include an algorithm or artificial intelligence system, and may further provide for review by a physician or health specialist. The user may interact with the server. For example, the server transmits a response to the WWD, and the user may answer the response or provide other information.

**In the Claims**:

Please amend the claims as follows:

1. (Cancelled) A wireless health-monitoring system for monitoring a disease state or condition of a patient, comprising:

an internet-enabled wireless web device, the internet-enabled wireless web device including a first communications port having a generic input/output port and a second communications port having a circuit for wireless communications with a network, the internet-enabled wireless web device configured to store:

a health parameter, the health parameter corresponding to a disease state or condition of a patient and determining means:

a device application; and

a user interface; and

a server application, residing on a computer readable medium and disposed on a server in communication with the wireless network, for causing the server to:

receive the determined health parameter;

calculate a response based in part on the determined health parameter; and

provide the response to the internet-enabled wireless web device.

2. (Cancelled) A system for communicating medical data from a health-monitoring device, the health-monitoring device having an output port, comprising:

a wireless device having an input port for receipt of data from an output port of a health-monitoring device, the wireless device further comprising an input/output port for wireless communication with a computer network.

3. (Cancelled) The system of claim 2, wherein the input port of the wireless device and the health-monitoring device are coupled via a wireless connection.

4. (Cancelled) The system of claim 3, wherein the wireless connection is selected from the group of connections consisting of: RF, infrared, Bluetooth, and 802.11.

5. (Cancelled) The system of claim 2, wherein the input port of the wireless device and the health-monitoring device are coupled via a wired connection.

6. (Cancelled) The system of claim 2, wherein the data is blood glucose data.

7. (Cancelled) The system of claim 2, wherein the wireless device is a mobile phone.

8. (Cancelled) The system of claim 2, further comprising a server application, resident on a server accessible via the internet to a caregiver, for receipt and analysis of the data from the health-monitoring device.

9. (Cancelled) The system of claim 8, wherein the server application issues an alert to the caregiver if the data falls outside a predetermined range.

10. (Cancelled) The system of claim 9, wherein the alert is an email, a telephone call, or a fax.

11. (Cancelled) The system of claim 2, wherein the wireless device is an internet-enabled wireless web device.

12. (Cancelled) The system of claim 11, wherein the internet-enabled wireless web device is selected from the group consisting of: an internet-enabled mobile phone; a handheld, palm, or laptop computer having an optional implemented or integral wireless capability; a personal digital assistant with a wireless capability, and a hybrid device of a handheld computer and mobile telephone.

13. (Cancelled) The system of claim 2, further comprising an adaptor for connection between the output port of the health-monitoring device and the input port of the wireless device.

14. (Cancelled) The system of claim 2, further comprising a manual system for input of an additional health parameter, the manual system integral with or in signal communication with the wireless device.

15. (Cancelled) The system of claim 14, wherein the health parameter is selected from the group consisting of: nutrition information, medical history, or lifestyle information.

16. (Cancelled) A method for communicating medical data from a health-monitoring device, the health-monitoring device having an output port, comprising:

disposing a health-monitoring device in data communication with a wireless device;

communicating data from the health-monitoring device to the wireless device; and

wirelessly communicating data from the wireless device to a computer network.

17. (Cancelled) The method of claim 16, further comprising disposing the health-monitoring device and the wireless device in data communication via a wireless connection.

18. (Cancelled) The method of claim 17, wherein the wireless connection is selected from the group of connections consisting of: RF, infrared, Bluetooth, and 802.11.

19. (Cancelled) The method of claim 16, further comprising disposing the health-monitoring device and the wireless device in data communication via a wired connection.

20. (Cancelled) The method of claim 16, wherein the communicating data includes communicating blood glucose data.

21. (Cancelled) The method of claim 16, wherein the wireless device is a mobile phone.

22. (Cancelled) The method of claim 16, further comprising receiving and analyzing the data using a server application that is resident on a server accessible via the internet to a caregiver.

23. (Cancelled) The method of claim 22, further comprising issuing an alert to the caregiver if the data falls outside a predetermined range.

24. (Cancelled) The method of claim 23, wherein the alert is an email or a telephone call or a fax.

25. (Cancelled) The method of claim 16, further comprising receiving and analyzing the data using an application that is resident on the wireless device.

26. (Cancelled) The method of claim 25, further comprising issuing an alert to the caregiver if the data falls outside a predetermined range.

27. (Cancelled) The method of claim 26, wherein the alert is an email or a telephone call or a fax.

28. (Cancelled) The method of claim 16, wherein the wireless device is an internet-enabled wireless web device.

29. (Cancelled) The method of claim 16, further comprising disposing an adaptor for connection between the wireless device and the health-monitoring device.

30. (Cancelled) The method of claim 16, further comprising entering additional health parameters into the health-monitoring device or the wireless device via a manual system.

31. (Previously Presented) A internet-enabled wireless web device for monitoring health connected in at least periodic wireless communication with a server, comprising:

an internet enabled wireless web device running an application;

a port for communications with an implantable medical device via a first wireless connection;

a port for wireless mobile communications with a mobile telephone network via a second wireless connection;

such that the application functions to accept a health parameter from the implantable medical device via the first wireless connection, and

such that the application functions to transmit data corresponding to the accepted health parameter to the server via the second wireless connection.

32. (Previously Presented) The device of claim 31, wherein the first wireless connection is selected from the group consisting of: 802.11, 802.16, and Bluetooth communication schemes.

33. (Previously Presented) The device of claim 31, wherein the second wireless connection is a mobile or cellular phone network.

34. (Previously Presented) The device of claim 31, wherein the internet-enabled wireless web device is a mobile phone.

35. (Previously Presented) The device of claim 31, wherein the implantable medical device is selected from the group consisting of: cardiac monitors, hear rate monitors, blood pressure monitors, respiratory monitors, temperature monitors, blood glucose monitors, and combinations thereof.

36. (Currently amended) A method of using an internet-enabled wireless web device to monitor health, the device connected in at least periodic wireless communication with a server, comprising:

running an application on an internet-enabled wireless web device;

accepting a health parameter from an implantable medical device via a first wireless connection;

transmitting data corresponding to the health parameter to a server via a second wireless connection, the second wireless connection employing a mobile or cellular phone network.

37. (Previously Presented) The method of claim 36, wherein the first wireless connection is selected from the group consisting of: 802.11, 802.16, and Bluetooth communication schemes.

38. (Cancelled) The method of claim 36, wherein the second wireless connection is a mobile or cellular phone network.

39. (Previously Presented) The method of claim 36, wherein the internet-enabled wireless web device is a mobile phone.

40. (Previously Presented) The device of claim 36, wherein the implantable medical device is selected from the group consisting of: cardiac monitors, heart rate monitors, blood pressure monitors, respiratory monitors, temperature monitors, blood glucose monitors, and combinations thereof.

41. (Previously Presented) A internet-enabled wireless web device connected in at least occasional wireless communication with a network for monitoring a health parameter measured by an implantable device, comprising:

an internet-enabled wireless web device running an application, having a port for communications with an implantable medical device via a first wireless connection, and having a port for wireless mobile communications with a network via a second wireless mobile communications with a network via a second wireless connection;

such that the application functions to accept a health parameter from the implantable medical device via the first wireless connection, and

such that the application functions to transmit data corresponding to the accepted health parameter to the server via the second wireless connection.

42. (Previously Presented) The device of claim 41, wherein the first wireless connection is selected from the group consisting of: 802.11, 802.16, and Bluetooth communication schemes.

43. (Previously Presented) The device of claim 41, wherein the second wireless connection is to a mobile or cellular phone network.

44. (Previously Presented) The device of claim 41, wherein the internet-enabled wireless web device is either a mobile phone or a PDA having a wireless communications capability.

45. (Previously Presented) The device of claim 41, wherein the implantable medical device is selected from the group consisting of: cardiac monitors, heart rate monitors, blood pressure monitors, respiratory monitors, temperature monitors, blood glucose monitors, and combinations thereof.

46. (Currently Amended) A method of using an internet-enabled wireless web device to monitor health, the device connected in at least occasional wireless communication with a server, comprising:

running an application on the internet-enabled wireless web device;

accepting a health parameter from an implantable medical device via a first wireless connection;

transmitting data corresponding to the health parameter to a server via a second wireless connection, the second wireless connection employing a mobile or cellular phone network.

47. (Previously Presented) The method of claim 46, wherein the first wireless connection is selected from the group consisting of: 802.11, 802.16, and Bluetooth communication schemes.

48. (Cancelled) The method of claim 46, wherein the second wireless connection is to a mobile or cellular phone network,

49. (Previously Presented) The method of claim 46, wherein the internet-enabled wireless web device is a mobile phone or a PDA having a wireless communications capability.

50. (Previously Presented) The device of claim 46, wherein the implantable medical device is selected from the group consisting of: cardiac monitors, heart rate monitors, blood pressure monitors, respiratory monitors, temperature monitors, blood glucose monitors, and combinations thereof.

## Remarks

The Applicants first wish to thank the Examiner for the consideration shown in replacing the prior Office Action with the current one. Claims 1-50 were pending in this application. Claims 1-30 have been cancelled here. Claims 36 and 46 have been amended. Claims 38 and 48 have been cancelled. Accordingly, claims 31-37, 39-47, and 49-50 remain pending. Reconsideration and allowance are requested.

The Examiner has required correction of the abstract, to less than 150 words. This correction is made above.

Claim 1 has been rejected under 35 U.S.C. 101 for double-patenting. This rejection has been obviated by canceling claim 1.

Pending claims 31, 33-36, 38-41, 43-46, and 48-50 stand rejected as allegedly anticipated by Heinonen et al. This rejection is traversed with respect to the *amended* independent claims 31, 36, 41, and 46 as follows.

Applicants agree with the Examiner that the reference shows a measuring device in combination with a cell phone and that the same is wirelessly connected to a hospital. However, Applicants disagree that this anticipates the claims. In particular, the very nature of Heinonen is that the measuring device can be fit into (or at least associated with) the cell phone. Heinonen mentions that the two may be separate, but in this instance the reference notes that the two may be connected by means of a cable. In the current invention, the measuring device is an implantable device, and thus by its nature must communicate with the internet-enabled wireless web device in a wireless fashion, not via a cable. Nowhere does Heinonen teach or disclose "a port for communications with an implantable medical device via a first wireless connection", as required by claim 31 and by analogous language in the other independent claims. Thus, Applicant respectfully submits that the rejections based on Heinonen should be withdrawn and the claims passed to issue.

Pending claims 31-50 stand rejected as allegedly anticipated by Linberg or Nelson et al. This rejection is traversed with respect to the independent claims 31, 36, 41, and 46 as follows.

Applicant agrees with the Examiner that Linberg discloses a health device with an output that communicates with a computer network, but disagrees that the same is done via an internet-enabled wireless web device having a port for wireless mobile communications with a mobile telephone network. Rather, Linberg discloses the use of modems (column 11, line 67), microwaves (column 12, line 5), RF (column 12, line 5), and mentions the generic term "wireless" but without specifying the same to mobile or cellular communications, e.g., column 12, lines 10-11. The "preferred" embodiment employs a Telnet system (column 12, lines 14-15). The use of mobile or cellular communications is important in the current invention to allow off-the-shelf internet-enabled wireless web devices to achieve interchangeability, cost savings, and cross-platform programmability. Thus, Applicant respectfully submits that the rejections based on Linberg should be withdrawn and the claims passed to issue.

The relevant portions of Nelson are the same as that of Linberg, and Applicant respectfully submits that the rejections based on Nelson should be withdrawn and the claims passed to issue for at least the same reasons.

The rejections based on Layson Jr. have been obviated by canceling the rejected claims.

For at least all of the above reasons, Applicant respectfully submits that the rejections of the independent claims should be withdrawn. The claims dependent therefrom are submitted therefore to be in allowable form for at least the same reasons.

If the Examiner believes a telephone conference would expedite or advance prosecution of the application, he is invited to contact the undersigned at the telephone number given below.

No additional fees are believed due for this submission, however, if any fees are required, authorization is hereby given to the Commissioner for Patents to charge the same to Deposit Account No. 50-1187.

Date: Nov. 2, 2004

Mark D. Wieczorek
Attorney for Applicants
Registration No. 37,966