# EXHIBIT G

Docket No. 00125/002005

What Is Claimed Is:

1. A method for interactive exercise monitoring, the method comprising the steps of:
   a. coupling a web-enabled wireless phone to a device which provides health-related information;
   b. rendering a user interface on the web-enabled wireless phone;
   c. receiving health-related information in the web-enabled wireless phone, wherein the health-related information includes physiological data and exercise data, and wherein at least one of the physiological data and exercise data is received from the device which provides health-related information;
   d. sending the health-related information to an internet server via a wireless network;
   e. receiving a calculated response from a server, the response associated with a calculation performed by the server based on the health-related information; and
   f. displaying the response.

2. The method of claim 1, where the physiological data is received from a physiological monitoring device or from an exercise machine.

3. The method of claim 1, where the exercise data is received from an exercise machine or from a physiological monitoring device.

4. The method of claim 1, wherein the web-enabled wireless phone receives health-related information over a transmission medium, the transmission medium including: a wired connection, an RS-232 connection, an infrared connection, or a radio frequency connection.

22

Docket No. 00125/002005

5. The method of claim 1, wherein the receiving health-related information includes receiving data input by a patient.

6. The method of claim 1, wherein the web-enabled wireless phone receives data via an adapter to convert a signal from the device to a suitable input for the wireless phone.

7. The method of claim 1, where the device which provides health-related information is selected from the group consisting of: an electronic scale, a body fat gauge, a biofeedback device, any type of physiological monitoring device, and any type of exercise machine.

8. A computer-readable medium, containing instructions for performing an interactive method of exercise monitoring, the method comprising the steps of:
   a. displaying a user interface;
   b. receiving health-related information, wherein the health-related information includes physiological data and exercise data;
   c. sending the health-related information to an internet server;
   d. receiving a calculated response from a server, the response associated with a calculation performed by the server based on the health-related information; and
   e. displaying an indication of the response.

9. The medium of claim 8, wherein the instructions further cause the web-enabled wireless phone to receive data over a transmission medium, the transmission medium including: a wired connection, an RS-232 connection, an infrared connection, or a radio frequency connection.

Docket No. 00125/002005

10. The medium of claim 8, wherein the instructions further cause the web-enabled wireless phone to receive data from a keyboard.

11. The medium of claim 8, wherein the instructions further cause the web-enabled wireless phone to receive the health-related information via an adapter, the adaptor to convert a received data signal to a suitable input for the web-enabled wireless phone.

12. The medium of claim 8, wherein the health-related information is received from a physiological monitoring device which is selected from the group consisting of: an electronic scale, a body fat gauge, a biofeedback device, any physiological monitoring device, and any exercise machine.