# EXHIBIT I

Serial No.: 12/211,033

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Applicant:      Roger J. Quy

Serial No.:     12/211,033

Filed:          09/15/2008

Title:          METHOD AND APPARATUS FOR HEALTH AND DISEASE MANAGEMENT COMBINING PATIENT DATA MONITORING WITH WIRELESS INTERNET CONNECTIVITY

Art Unit:       3769

Examiner:       Michael C. Astorino

Confirmation No.: 7693

Docket No.:     00125/002005

<u>**Via EFS Web**</u>

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**AMENDMENT AND RESPONSE TO OFFICE ACTION**

Sir:

In response to the Office Action mailed May 4, 2009, kindly amend the above-identified application as follows:

> <u>Certificate of Electronic Filing Under
> 37 C.F.R. §1.8</u>
> <u>I certify that this correspondence and any document reference herein is being electronically deposited with the USPTO via EFS-Web on 08/04/2009.</u>
>
> <u>Nancy Joyce simmons</u>
> (Printed Name of Person Mailing Correspondence)
> <u>/nancy joyce simmons/</u>
> (Signature)

1

Serial No.: 12/211,033

**Amendments to the Claims:**

1.	(Currently Amended) A method for interactive exercise monitoring, the method comprising the steps of:

a.	coupling a web-enabled wireless phone to a device which provides ~~health~~exercise-related information;

b.	rendering a user interface on the web-enabled wireless phone;

c.	receiving ~~health~~exercise-related information in the web-enabled wireless phone, wherein the ~~health~~exercise-related information includes physiological data and <u>data indicating an amount of</u> exercise <u>performed</u> ~~data~~, and wherein at least one of the physiological data and <u>the data indicating an amount of</u> exercise <u>performed</u>~~data~~ is received from the device which provides ~~health~~exercise-related information;

d.	sending the ~~health~~exercise-related information to an internet server via a wireless network;

e.	receiving a calculated response from ~~a~~ <u>the</u> server, the response associated with a calculation performed by the server based on the ~~health~~exercise-related information; and

f.	<u>running an application in the web-enabled wireless phone for receiving the exercise-related information and</u> displaying the response.


2. (Currently Amended) The method of claim 1, where the <u>receiving exercise-related information including</u> physiological data ~~is~~ <u>includes receiving data</u> ~~received~~ from a physiological monitoring device or from an exercise machine.


3. (Currently Amended) The method of claim 1, where the <u>receiving exercise-related information including data indicating an amount of</u> exercise <u>performed</u> ~~data is received~~ <u>includes receiving data</u> from an exercise machine or from a physiological monitoring device.


4. (Currently Amended)  The method of claim 1, wherein the web-enabled wireless phone receives ~~health~~exercise-related information over a transmission medium, the transmission medium including~~:~~ a wired connection~~, an RS-232 connection, an infrared connection,~~ or a ~~radio frequency~~ <u>wireless</u> connection.

2

Serial No.: 12/211,033

5. (Currently Amended) The method of claim 1, wherein the receiving ~~health~~<u>exercise</u>-related information includes receiving data input by a patient.

6. (Original)  The method of claim 1, wherein the web-enabled wireless phone receives data via an adapter to convert a signal from the device to a suitable input for the wireless phone.

7. (Currently Amended) The method of claim 1, where the device which provides ~~health~~<u>exercise</u>-related information is selected from the group consisting of: an electronic <u>body weight</u> scale, a body fat gauge, <u>a pedometer,</u> a biofeedback device, <u>a treadmill, a stepper, an exercise cycle, an accelerometer, a rowing machine, physiotherapy equipment, an aerobic or anaerobic exercise device, a temperature monitor, a heart rate monitor, a blood pressure monitor, a respiratory monitor, and a device that monitors an amount of work or rate of work performed</u> ~~any type of physiological monitoring device, and any type of exercise machine~~.

8. (Currently Amended)  A computer-readable medium, containing instructions for performing an interactive method of exercise monitoring, the method comprising the steps of:
a.        ~~displaying a user interface;~~
b.        receiving ~~health~~<u>exercise</u>-related information <u>from a web-enabled wireless phone</u>, wherein the ~~health~~<u>exercise</u>-related information includes physiological data and <u>data indicating an amount of</u> exercise <u>performed</u> ~~data~~;
c.        ~~sending~~ <u>calculating a response based on</u> the ~~health~~<u>exercise</u>-related information ~~to an internet server~~;
d.        ~~receiving a~~ <u>transmitting the</u> calculated response <u>to the web-enabled wireless phone</u> ~~from a server, the response associated with a calculation performed by the server based on the health-related information; and~~
e.        ~~displaying an indication of the response~~ .

9. (Currently Amended) The medium of claim 8, wherein the<u> method further comprises:
a.  enabling the web-enabled wireless phone to receive exercise-related information from a device; and</u>

3

Serial No.: 12/211,033

b.  <u>transmitting to the web-enabled wireless phone an application including a user interface on which the calculated response may be rendered</u> ~~instructions further cause the web-enabled wireless phone to receive data over a transmission medium, the transmission medium including: a wired connection, an RS-232 connection, an infrared connection, or a radio frequency connection~~.

10. (Currently Amended) The medium of claim 8, wherein the<u> calculating a response includes calculating a response to assist a person in monitoring calorie expenditure, losing weight, or maintaining a healthy lifestyle</u> ~~instructions further cause the web-enabled wireless phone to receive data from a keyboard~~.

11. (Currently Amended) The medium of claim 8, wherein the instructions further cause the web-enabled wireless phone to receive the ~~health~~<u>exercise</u>-related information via an adapter, the adapter to convert a received data signal to a suitable input for the web-enabled wireless phone.

12. (Currently Amended) The medium of claim 8, wherein the ~~health~~<u>exercise</u>-related information is received from a physiological monitoring device which is selected from the group consisting of: an electronic <u>body weight </u>scale, a body fat gauge, <u>a pedometer, </u>a biofeedback device, <u>a treadmill, a stepper, an exercise cycle, an accelerometer, a rowing machine, physiotherapy equipment, an aerobic or anaerobic exercise device, a temperature monitor, a heart rate monitor, a blood pressure monitor, a respiratory monitor, and a device that monitors an amount of work or rate of work performed</u> ~~any physiological monitoring device, and any exercise machine~~.

13. (New)  The medium of claim 8, wherein the receiving exercise-related information includes receiving exercise-related information over a wireless or a wired connection.

14. (New)  A web-enabled wireless phone, containing a computer-readable medium, the computer-readable medium comprising instructions for causing a processor in the web-enabled wireless phone to perform the method of claim 1.

4

Serial No.: 12/211,033

15. (New)  A computer-readable medium , containing instructions for causing a processor in a web-enabled wireless phone to perform the method of claim 1.

16. (New)  The method of claim 1, further comprising downloading the application to the web-enabled wireless phone from a server.

17. (New)  The method of claim 4, wherein the wireless connection includes an infrared connection or a radio frequency communication protocol including Bluetooth® or 802.11.

18. (New)  The method of claim 4, wherein the wired connection includes a USB connection, a cable, or a docking station.

Serial No.: 12/211,033

**Amendments to the Abstract:**

Please amend the abstract as follows:

~~Embodiments of the invention provide a~~ <u>A</u> method and apparatus <u>are provided</u> for ~~a~~ wireless ~~health~~ monitoring <u>of exercise, fitness, or nutrition,</u> ~~system for interactively monitoring a disease or health condition of a patient~~ by connecting a~~n internet~~<u>web</u>-enabled wireless <u>phone</u> ~~web device ("WWD")~~ to a ~~health monitoring~~ device which ~~may be a medical device or other health related device such as an~~ <u>provides exercise-related information, including physiological data and data indicating an amount of</u> exercise <u>performed</u> ~~machine~~.  The ~~WWD may be connected to the health monitoring device directly by a wired connection to a generic input/output port of the WWD using an optional adaptor if necessary.  Alternatively, the~~ <u>connection</u> ~~WWD~~ may be <u>by way of a</u> wireless~~ly connected to the health monitoring device, such as via an infrared or radio frequency connection, including~~ <u>connection</u> using protocols such as Bluetooth® or 802.11<u>, or by way of a wired connection</u>.  ~~The wireless connection may also employ an~~ <u>An optional</u> adaptor <u>may be included</u> if necessary.  <u>An application for receiving the exercise-related information and providing a user interface may be downloaded to the web-enabled wireless phone from an internet server.</u>  The ~~user may also input data to the WWD manually, such as by a keypad, keyboard, stylus, or optionally by voice command.~~

~~The health~~ <u>exercise</u>-related ~~data~~ <u>information may be</u> ~~is~~ transmitted ~~from the WWD~~ to a<u>n internet</u> server ~~using standard internet protocols.  The~~ <u>, and the</u> server <u>may</u> calculate~~s~~ <u>and return</u> a response ~~using a software program which may include an algorithm or artificial intelligence system, and may further provide for review by a physician or health specialist.  The user may interact with the server.  For example, the server transmits a response to the WWD, and the user may answer the response or provide other information~~.

Attached to this Amendment is a replacement Abstract sheet.

6

Serial No.: 12/211,033

**Replacement Abstract:**

      A method and apparatus are provided for wireless monitoring of exercise, fitness, or nutrition by connecting a web-enabled wireless phone to a device which provides exercise-related information, including physiological data and data indicating an amount of exercise performed. The connection may be by way of a wireless connection using protocols such as Bluetooth® or 802.11, or by way of a wired connection. An optional adaptor may be included if necessary. An application for receiving the exercise-related information and providing a user interface may be downloaded to the web-enabled wireless phone from an internet server. The exercise-related information may be transmitted to an internet server, and the server may calculate and return a response.

Serial No.: 12/211,033

In the Title:

Please amend the title as follows:

METHOD AND APPARATUS FOR ~~HEALTH AND DISEASE MANAGEMENT COMBINING PATIENT DATA~~ MONITORING <u>EXERCISE</u> WITH WIRELESS INTERNET CONNECTIVITY

Replacement Title:

METHOD AND APPARATUS FOR MONITORING EXERCISE WITH WIRELESS INTERNET CONNECTIVITY

Serial No.: 12/211,033

# REMARKS

Claims 1-12 were pending in this application. Claims 13-18 have been added and claims 1-5 and 7-12 have been amended. Claims 1-18 are pending. Reconsideration and allowance of all pending claims are respectfully requested.

Applicant has modified the Abstract and Title to more succinctly describe the subject matter of the invention.

## Rejections Under 35 U.S.C. §112

The Examiner has rejected claims 1-12 under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicant regards as the invention. Specifically, the Examiner has indicated that one cannot discern based on the specification the distinction between "physiological data" and "exercise data" and as such the term is indefinite. Applicant has obviated the rejection by way of amendment. In particular, the claims now recite receiving exercise-related information including physiological data and data indicating an amount of exercise performed. Physiological information is clear from the specification at, e.g., paragraph [0018] as describing devices that "monitor the physiologic status of a healthy subject" and data indicating an amount of exercise performed is described in the specification at, e.g., paragraph [0044]. It is respectfully submitted that the rejections have been obviated and should be withdrawn.

## Rejections Under 35 U.S.C. §102

Claims 1-12 stand rejected under 35 U.S.C. 102(e) as being allegedly anticipated by Brown (US Patent 5,997,476). These rejections are traversed with respect to the amended independent claims 1 and 8 (and corresponding CRM claims 14 and 15) as follows.

Brown discloses a networked system for communication of information to an individual and for remotely monitoring the individual, including a server and a workstation connected to the server through a communication system, where the workstation functions as a remote interface for entering server messages and queries to be communicated to the patients, or script information (column 4, lines 46-48), as well as displaying patient reports generated by the server (column 8, lines 46-51). The server includes a script generator designed to generate script programs from the script information entered through the workstation (column 6, lines 56-58)

9

Serial No.: 12/211,033

and a database for storing the script programs (column 5, lines 15-16). The system also includes a programmable apparatus (corresponding to elements 26 or 32) which executes the script program to communicate queries and messages to a patient, receive responses to the queries, collect monitoring device measurements, and transmit responses and measurements to the server (column 5, lines 16-20). In some embodiments, the system of Brown also includes a monitoring device for measuring and recording a physiological condition of the patient, and transmitting the measurements to the patient's remotely programmable apparatus (column 4, line 64 to column 5, line 3). Brown notably fails to disclose any substantial teaching of how to take patient monitoring "into the field", i.e. to make it work wherever the patient is as long as there is a standard wireless connection.

Applicant submits that Brown does not disclose each and every element of the presently claimed invention, and thus is deficient as an anticipatory reference.

First, the present invention and current claims require a web-enabled wireless phone. Brown does not disclose this. Reviewing the devices Brown does disclose, one can see a remotely programmable apparatus and a workstation. The remotely programmable apparatus is a proprietary piece of hardware as described in Figs. 3 and 4. Nowhere does Brown teach that its functionality could be implemented on a web-enabled wireless phone. For example, the Brown apparatus does not run a typical web browser or mobile phone application; rather the displays and input buttons operate according to a simple scripting language that provides a set of commands assigned to each patient. If the workstation is submitted to meet the limitation of a web-enabled wireless phone, yet another element of claim 1 is lacking, since the workstation of Brown is not disclosed to have a wireless connection.

Moreover, although Brown mentions that the apparatus may be placed in communication with the server via wireless or cellular networks, this is done with a modem (86/66) and telephone jack (22) for the means of transmission. The apparatus is clearly not a web-enabled wireless phone. This aspect is made even more clear in Brown by the embodiment for communicating script commands audibly to the patient in Figs. 13-15, where the scripts are made audible through speech synthesis and recognition functionality.

Besides the lack of a web-enabled wireless phone, Brown is further deficient as an anticipatory reference as the same fails to disclose receiving exercise-related information, as required by the independent claims.

Serial No.: 12/211,033

Applicant has noted advantages of the use of a web-enabled wireless phone at paragraphs [0015]-[0022], including specific advantages with respect to exercise-related information. As a simple illustration, a person could not do with Brown's device that which is intended by the claimed invention: for example, a cyclist could not take Brown's device on a bike ride to monitor heart rate and miles traveled.

Even more differences are apparent with respect to the dependent claims. For example, with respect to claim 17, the physiological data being monitored in Brown is transmitted to the apparatus through a standard connection cable (30); Brown does not disclose any wireless connection to a health monitoring or exercise device.

Numerous other distinctions will be apparent. For example, Brown does not disclose coupling a web-enabled wireless phone to a device which provides exercise-related information including physiological data and data indicating an amount of exercise performed, nor receiving such information. This aspect of including multiple types of data is mentioned in various locations in the specification, e.g., paragraphs [0015], [0017], and [0055]. Paragraph [0015] notes that "Various health parameters, such as those relating to nutrition or exercise, may be entered into a health monitoring device." Paragraph [0017] notes that "[what may be sent includes] data output from various exercise machines over the Internet…" And paragraph [0055] notes that, following a discussion of a blood glucose sensor, "Other health monitors may also be employed…"

[0015]   In the second embodiment, a health or lifestyle management plan may be implemented. Various health parameters, such as those relating to nutrition or exercise, may be entered into a health monitoring device, in this instance termed an "exercise machine", and the same may be wirelessly communicated to a server. An application may process and store the health parameters, and a health specialist may optionally review the same.

[0017]   Alternatively, in the second embodiment, a person interested in tracking an exercise program may take the WWD to the local health club and attach the same to an exercise machine, and data output from various exercise machines over the Internet, and receive a personalized response from the server of a company specializing in Health & Lifestyle Management. The individual may input caloric content of foods eaten, and may further input caloric content of exercise performed. In this way, e.g., a person in a weight-loss program may see in great detail whether they are expending more calories in the form of exercise than the same individual is consuming in the form of food.

Serial No.: 12/211,033

> [0055] As examples of sensor types, to measure blood glucose levels, sensor 24 may be a sensor that receives a drop of blood, e.g., via a finger-prick. To measure heart rate, sensor 24 may be placed via an adhesive sensor disposed on the chest. Other health monitors may also be employed so long as the measured data may either be transferred to WWD 12, e.g., via optional adaptor 42, described in further detail below, or by being read by a user, e.g., from a display, and manually input to WWD 12. Alternatively, the measured data may be transferred to WWD 12 via wireless communication schemes, such as RF includes Bluetooth® or 802.11, infrared, optical, microwaves, etc., directly from sensor 24 or from HMD 11 as described in greater detail below.

    The specific locations where sensors are described as connected to exercise machines include paragraphs [0018], [0044], and [0078]. As Brown provides no such teaching or disclosure of exercise management, nor teaching or disclosure of two types of data as noted above, Applicant respectfully submits that the rejection based on Brown should be withdrawn.

    Even if Brown were to disclose the above, Applicant also notes that the reference is deficient as Brown discloses virtually no functions of the server application, beyond script and report generation and storage of script programs and response queries. Even if one identifies the programmable apparatus as the web-enabled wireless phone, then Brown cannot anticipate the claimed invention as the server application of Brown does not provide the report to this web-enabled wireless phone, but rather to the workstation. Conversely, if one identifies the workstation as the web-enabled wireless phone, then Brown cannot anticipate the claimed invention as the workstation does not have a way to couple to a device that provides exercise-related information. In summary, nowhere does Brown disclose that the server application performs a calculation using exercise-related information, and transmit a response corresponding to the calculation from the server back to the web-enabled wireless phone, as required by the claims noted above. Thus, the server application of the current invention differs widely from any software identified with Brown.

    For at least the above reasons, Applicant submits that the anticipation rejection of the claims based on Brown should be withdrawn. The discussion above has focused on the independent claims; however, Applicant submits that the dependent claims are allowable for at least these reasons.

Serial No.: 12/211,033

**Nonstatutory Double Patenting Rejection**

      With respect to the amended claims, Applicant traverses the nonstatutory double patenting rejection as follows.  The current independent claims 1 and 8 (and corresponding CRM claims 14 and 15) are limited to methods requiring receiving exercise-related information in a web-enabled wireless phone, where the exercise-related information includes physiological data and data indicating an amount of exercise performed, and where at least one of the physiological data and the data indicating an amount of exercise performed is received from the device which provides exercise-related information.  The claims of US Patent 6,602,191 do not so require these two types of data to be input.  As noted above, various sections of the application point to these several types of data, and the claimed two types of data require monitoring of physiologic and exercise data during exercise.  For example, the same would apply to tracking the amount of exercise performed during a bike ride as well as heart rate during the ride.  For these reasons, it is respectfully submitted that the nonstatutory double patenting rejection should thus be withdrawn.

      Should the Examiner be of the view that an interview would expedite consideration of the application, request is made that the Examiner telephone the Applicants' attorney at (619) 818-4615 in order that any outstanding issues be resolved.

                                            Respectfully submitted,

Date: <u>August 4, 2009</u>                           <u>/Mark Wieczorek/</u>

Attorney for Applicant                     Mark D. Wieczorek
Mayer & Williams PC                      Registration No. 37,966
251 North Avenue West, 2nd Floor
Westfield, NJ 07090
Tel: 619-818-4615
Fax: 908-518-7795