UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>FITBIT, INC.,<br><br>            Defendant. | Civil Action No. 1:19-cv-11586-IT<br><br>Leave to File Granted on July 6, 2020 |

**NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO FITBIT'S RENEWED RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF PHILIPS NORTH AMERICA LLC'S FIRST AMENDED COMPLAINT UNDER 35 U.S.C. § 101 AND PHILIPS'S OPPOSITION THERETO**

Defendant Fitbit, Inc. ("Fitbit") and Plaintiff Philips North America LLC ("Philips") respectfully submit this Notice of Supplemental Authority regarding recent Federal Circuit's § 101 decisions relevant to Fitbit's pending Renewed Rule 12(b)(6) Motion to dismiss Plaintiff Philips North America LLC's ("Philips") First Amended Complaint under 35 U.S.C. § 101 and Philips's Opposition thereto. Dkt. 34 filed December 10, 2019 and Dkt. 36 filed December 31, 2019.

Fitbit identifies the following Federal Circuit cases: *Cardionet, LLC v. Infobionic, Inc.* No. 2020-1018, Dkt. 45 (Fed. Cir. July 1, 2020) and *Dropbox, et al. v. Synchronoss Technologies*, Nos. 2019-1765, 2019-1767, 2019-1823, Dkt. 48 (Fed. Cir. June 19, 2020), which are attached hereto.

Philips identifies the following Federal Circuit cases: *Uniloc USA, Inc. v. LG Electronics USA, Inc.*, 957 F.3d 1303 (Fed. Cir. 2020) and *CardioNet, LLC v. InfoBionic Inc.*, 955 F.3d 1358 (Fed. Cir. 2020). These two decisions are also attached hereto.

Dated: July 6, 2020

| PHILIPS NORTH AMERICA LLC, | FITBIT, INC. |
|---|---|
| By Its Attorneys, | By Its Attorneys, |
| /s/   *Ruben J. Rodrigues* | */s/ Yar R. Chaikovsky* |
| Ruben Rodrigues (BBO 676,573) | Yar R. Chaikovsky |
| Lucas I. Silva (BBO 673,935) | yarchaikovsky@paulhastings.com |
| John Custer (BBO 705,258) | Chad Peterman |
| FOLEY & LARDNER LLP | chadpeterman@paulhastings.com |
| 111 Huntington Avenue | Dave Beckwith |
| Suite 2500 | davidbeckwith@paulhastings.com |
| Boston, MA 02199-7610 | David Okano |
| Phone: (617) 342-4000 | davidokano@paulhastings.com |
| Fax: (617) 342-4001 | Radhesh Devendran |
| rrodrigues@foley.com | radheshdevendran@paulhastings.com |
| lsilva@foley.com | Berkeley Fife |
| jcuster@foley.com | berkeleyfife@paulhastings.com |
| | |
| Eley O. Thompson (*pro hac vice*) | PAUL HASTINGS LLP |
| FOLEY & LARDNER LLP | 1117 S. California Avenue |
| 321 N. Clark Street | Palo Alto, California  94304-1106 |
| Suite 2800 | Telephone:    1(650) 320-1800 |
| Chicago, IL 60654-5313 | Facsimile:     1(650) 320-1900 |
| Phone: (312) 832-4359 | |
| Fax: (312) 832-4700 | |
| ethompson@foley.com | |
| | Jennifer B. Furey (BBO # 634174) |
| | Andrew T. O'Connor (BBO # 664811) |
| | GOULSTON & STORRS PC |
| | 400 Atlantic Avenue |
| | Boston, MA 02110 |
| | Telephone: (617) 482-1776 |
| | Facsimile: (617) 574-4112 |
| | E-mail: jfurey@goulstonstorrs.com |
| | aoconnor@goulstonstorrs.com |

## **CERTIFICATE OF SERVICE**

  I certify that a true copy of the above document was served on the attorney of record for each party via the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as nonregistered participants.

Dated:  July 6, 2020          By:  */s/ Yar R. Chaikovsky*
                  Yar R. Chaikovsky (*Pro Hac Vice*)