UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILIPS NORTH AMERICA LLC,

        Plaintiff,

v.

FITBIT, INC.,

        Defendant.

Civil Action No. 1:19-cv-11586-IT

**UNOPPOSED NOTICE OF CORRECTION OF PARTIES' JOINT CLAIM CONSTRUCTION CHART**

Fitbit, Inc. ("Fitbit") submits this Notice of Correction of the Parties' Joint Claim Construction Chart, which was filed on May 14, 2020 (*see* D.I. 65-1). The corrected chart is attached to this Notice as Exhibit A. The corrected chart adds two words ("programmed to") to Fitbit's construction of the term "in the event of an interruption of the wireless connection . . . configured to store" that Fitbit previously failed to include in both its Local Rule 16.6(e)(1)(A) disclosures and the parties' Joint Claim Construction chart, but which were included in Fitbit's opening claim construction brief. (D.I. 72 at 8; *see* D.I. 78 at 13-14). Philips maintains its objections to Fitbit's proposed construction, but does not oppose the filing of a corrected chart.

Dated: July 29, 2020

        FITBIT, INC.

        By Its Attorneys,

        */s/ Yar R. Chaikovsky*
        Yar R. Chaikovsky
        yarchaikovsky@paulhastings.com
        Chad Peterman
        chadpeterman@paulhastings.com
        Dave Beckwith
        davidbeckwith@paulhastings.com
        David Okano
        davidokano@paulhastings.com
        Radhesh Devendran
        radheshdevendran@paulhastings.com
        Berkeley Fife
        berkeleyfife@paulhastings.com

        PAUL HASTINGS LLP
        1117 S. California Avenue
        Palo Alto, California 94304-1106
        Telephone:   1(650) 320-1800
        Facsimile:    1(650) 320-1900

        Jennifer B. Furey (BBO # 634174)
        Andrew T. O'Connor (BBO # 664811)
        GOULSTON & STORRS PC
        400 Atlantic Avenue
        Boston, MA 02110
        Telephone: (617) 482-1776
        Facsimile: (617) 574-4112

        E-mail: jfurey@goulstonstorrs.com
        aoconnor@goulstonstorrs.com

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above document was served on the attorney of record for each party via the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as nonregistered participants.

Dated: July 29, 2020                              By:   /s/ Yar R. Chaikovsky
                                                        Yar R. Chaikovsky (*Pro Hac Vice*)