UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>FITBIT, INC.,<br><br>        Defendant. | Civil Action No. 1:19-cv-11586-IT |

**PLAINTIFF PHILIPS NORTH AMERICA LLC'S NOTICE OF INTENT TO WITHDRAW COUNT IV OF THE AMENDED COMPLAINT FOR <u>PATENT INFRINGEMENT</u>**

Plaintiff Philips North American LLC ("Philips") hereby informs the Court of its intent to withdraw its allegations of infringement of U.S. Patent No. 6,976,958 ('958 patent). Defendant Fitbit has not yet answered the complaint in this action. In its continuing efforts to narrow issues in the case, Philips intends to promptly meet and confer with Defendant Fitbit, Inc. concerning the withdrawal of its infringement allegations for the '958 patent through an amendment of the complaint, but Philips is filing the present Notice to inform the Court of its intent to withdraw its infringement allegations in view of the claim construction hearing that is scheduled to take place on August 5, 2020.

Dated:  August 4, 2020                                    Respectfully Submitted,


                                                                   /s/ *Lucas I. Silva*
                                                                  Lucas I. Silva (BBO 673,935)
                                                                  Ruben J. Rodrigues (BBO 676,573)
                                                                  John Custer (BBO 705,258)
                                                                  FOLEY & LARDNER LLP
                                                                  111 Huntington Avenue
                                                                  Suite 2500
                                                                  Boston, MA 02199-7610
                                                                  Phone: (617) 342-4000
                                                                  Fax: (617) 342-4001

lsilva@foley.com
rrodrigues@foley.com
jcuster@foley.com


Eley O. Thompson (*pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street
Suite 2800
Chicago, IL 60654-5313
Phone: (312) 832-4359
Fax: (312) 832-4700
ethompson@foley.com


*Counsel for Plaintiff
Philips North America LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document was served on August 4, 2020 on counsel for Defendant via electronic mail.

By:    */s/Lucas I. Silva*