UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILIPS NORTH AMERICA LLC,

        Plaintiff,

v.

FITBIT, INC.,

        Defendant.

Civil Action No. 1:19-cv-11586-IT

**JOINT RESPONSE TO DKT. 92 MINUTE ORDER**

Per the Court's August 20, 2020 minute order (Dkt. 92), the parties have conferred on a proposal regarding whether the Court should issue its Markman opinion before ruling on Fitbit's motion to dismiss (Dkt. 33). The parties have not been able to reach agreement.

Dated: August 28, 2020

| PHILIPS NORTH AMERICA LLC, | FITBIT, INC. |
|---|---|
| By its attorneys, | By Its Attorneys, |

/s/ *Ruben Rodrigues*
Ruben Rodrigues (BBO 676,573)
Lucas I. Silva (BBO 673,935)
John Custer (BBO 705,258)
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Suite 2500
Boston, MA 02199-7610
Phone: (617) 342-4000
Fax: (617) 342-4001
rrodrigues@foley.com
lsilva@foley.com

Eley O. Thompson (*pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street
Suite 2800
Chicago, IL 60654-5313
Phone: (312) 832-4359
Fax: (312) 832-4700
ethompson@foley.com

/s/ *Yar R. Chaikovsky*
Yar R. Chaikovsky
yarchaikovsky@paulhastings.com
Dave Beckwith
davidbeckwith@paulhastings.com
David Okano
davidokano@paulhastings.com
Radhesh Devendran
radheshdevendran@paulhastings.com
Berkeley Fife
berkeleyfife@paulhastings.com

PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone:   1(650) 320-1800
Facsimile:    1(650) 320-1900


Jennifer B. Furey (BBO # 634174)
Andrew T. O'Connor (BBO # 664811)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

E-mail: jfurey@goulstonstorrs.com
aoconnor@goulstonstorrs.com

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the above document was served on the attorney of record for each party via the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as nonregistered participants.

Dated: August 28, 2020                                 By:  */s/ Yar R. Chaikovsky*
                                                                         Yar R. Chaikovsky