UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILIPS NORTH AMERICA LLC,

        Plaintiff,

v.

FITBIT, INC.,

        Defendant.

Civil Action No. 1:19-cv-11586-IT

## FITBIT'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY RELATING TO CLAIM CONSTRUCTION

COMES NOW Defendant Fitbit, Inc. ("Fitbit" or "Defendant") and respectfully submits this motion for leave to Submit Supplemental Authority relating to Claim Construction. The District Court in *Philips North America LLC v. Garmin Int'l, Inc. et al*. Case No. 2:19-CV-06301-AB-KS issued its Claim Construction Order, attached (the Order) on August 28, 2020. The Order addresses overlapping claim terms for the same patents under consideration by this Court, including the following:

**'007 patent**

| Term: | Court's construction: |
|---|---|
| "means for computing" | Indefinite under 35 U.S.C. §112 |
| "means for suspending and resuming operation of said means for computing when a speed of the athlete falls below a predetermined threshold" | Moot, based on determination that "means for computing" term is indefinite |

**'233 patent**

| Term: | Court's construction: |
|---|---|
| "first personal device" | first personal medical device |
| "wireless communication" | No construction, rejecting Philips' proposed construction |
| "governing information transmitted between the first personal device and the second device" | No construction, rejecting Philips' proposed construction |

Dated: September 1, 2020

FITBIT, INC.

By Its Attorneys,

*/s/ Yar R. Chaikovsky*
Yar R. Chaikovsky
yarchaikovsky@paulhastings.com
Chad Peterman
chadpeterman@paulhastings.com
Dave Beckwith
davidbeckwith@paulhastings.com
David Okano
davidokano@paulhastings.com
Radhesh Devendran
radheshdevendran@paulhastings.com
Berkeley Fife
berkeleyfife@paulhastings.com

PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California  94304-1106
Telephone:    1(650) 320-1800
Facsimile:     1(650) 320-1900

Jennifer B. Furey (BBO # 634174)
Andrew T. O'Connor (BBO # 664811)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

E-mail: jfurey@goulstonstorrs.com
aoconnor@goulstonstorrs.com

**LOCAL RULE 7.1 CERTIFICATION**

I, David Beckwith, counsel for Defendant Fitbit, Inc., hereby certify that we have conferred with counsel for Philips North America, LLC to resolve the issues presented in this motion, but after a good faith attempt to reach agreement, the parties did not do so.

Dated: September. 1, 2020               By: */s/ David Beckwith*
                                        David Beckwith (*pro hac vice*)

- 3 -

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served on the attorney of record for each party via the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as nonregistered participants.

Dated: September 1, 2020        By:   */s/ Yar R. Chaikovsky*
                                                              Yar R. Chaikovsky (*Pro Hac Vice*)