UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILIPS NORTH AMERICA LLC,
    Plaintiff,

v.                              Civil Action No. 1:19-cv-11586-IT

FITBIT, INC.,
    Defendant.

ORDER OF RECUSAL
January 27, 2021

TALWANI, D.J.

Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

**IT IS SO ORDERED.**

                                            /s/ Indira Talwani
                                            **UNITED STATES DISTRICT JUDGE**