## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PHILIPS NORTH AMERICA LLC,

        Plaintiff,

v.

FITBIT LLC,

        Defendant.

Civil Action No. 1:19-cv-11586-FDS

## DEFENDANT FITBIT LLC'S MOTION FOR SUMMARY JUDGMENT OF
## INVALIDITY OF U.S. PATENT NO. 8,277,377 UNDER 35 U.S.C. § 101

Defendant Fitbit LLC ("Fitbit"), pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, respectfully moves the Court to grant summary judgment that the asserted claims 1, 4, 5, 6, 9, and 12 of U.S. Patent No. 8,277,377 are invalid for failure to claim patent eligible subject matter under 35 U.S.C. § 101.  In support, Fitbit relies on the Memorandum submitted with this motion, the accompanying declaration and exhibits, and any further briefing and argument permitted by the Court.

Fitbit respectfully requests the Court to GRANT this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Fitbit requests the Court entertain oral argument on this motion, as Fitbit believes oral argument will assist the Court.

Dated: March 2, 2022

By:     /s/ David J. Shaw
David J. Shaw (*pro hac vice*)
dshaw@desmaraisllp.com
DESMARAIS LLP
1701 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901

Leslie M. Spencer (*pro hac vice*)
lspencer@desmaraisllp.com
Karim Z. Oussayef (*pro hac vice*)
koussayef@desmaraisllp.com
Brian D. Matty (*pro hac vice*)
bmatty@desmaraisllp.com
Henry Ard (*pro hac vice*)
hard@desmaraisllp.com
Eric G. Speckhard
especkhard@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Ameet A. Modi (*pro hac vice*)
amodi@desmaraisllp.com
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901

Gregory F. Corbett (BBO #646394)
gcorbett@wolfgreenfield.com
Elizabeth A. DiMarco (BBO #681921)
edimarco@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 646-8000
Facsimile: (617) 646-8646

*Attorneys for Defendant Fitbit LLC*

2

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for Fitbit conferred with counsel for Philips and attempted in good faith to resolve or narrow the issues in dispute on February 28, 2022, but was unable to do so.

*/s/ David J. Shaw*
David J. Shaw

## CERTIFICATE PURSUANT TO LOCAL RULE 37.1

The undersigned hereby certifies that counsel for Fitbit has complied with the provisions of Local Rule 37.1.

*/s/ David J. Shaw*
David J. Shaw

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of the electronic filing.

*/s/ Elizabeth A. DiMarco*
Elizabeth A. DiMarco