UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FITBIT LLC,<br><br>　　　　　Defendant. | Civil Action No. 1:19-cv-11586-FDS |

**UNOPPOSED RENEWED MOTION TO DISMISS AND ENTER
FINAL JUDGMENT**

Plaintiff Philips North America LLC ("Philips") renews its earlier motion that this Court dismiss all claims and counterclaims relating to U.S. Patent No. 7,088,233 (the "'233 Patent") and to enter judgment as to all claims and counterclaims relating to U.S. Patent Nos. 6,013,007 (the "'007 Patent") and U.S. Patent No. 8,277,377 (the "'377 Patent"). Counsel for Defendant Fitbit LLC ("Fitbit") has indicated Fitbit does not oppose this motion.

On November 13, 2023, this Court denied Philips's earlier motion to dismiss claims and enter judgment (Dkt. 418) finding it was without jurisdiction based on the then-pending Appeal No. 2023-02286 before the Federal Circuit. *See* Dkt. 432. At the hearing, this Court commented that:

> If they [CAFC] grant it [Fitbit's motion], it comes back to me, I can turn around, you know, the final judgment in 15 minutes or whatever, you file a new notice of appeal, I would, I guess, we can't guarantee it, but I would think the circuit would probably not start all over again from scratch in terms of a briefing schedule.

1

October 26, 2023 Hearing Transcript at 17:13-18. On December 18, 2023, the Federal Circuit dismissed Appeal No. 2023-2286 for lack of jurisdiction. A copy of the order is attached. The Federal Circuit commented that "[g]iven our disposition of this appeal, the district court has jurisdiction to review any renewed motion for entry of final judgment." Decision at 3.

As all claims and counterclaims relating to the patents have been fully resolved or mooted by prior orders (*see* discussion in Dkt. 418) and the Federal Circuit has suggested a renewed motion, Philips renews its request that this Court (1) dismiss all claims with regard to the '233 Patent with prejudice and to dismiss all counterclaims with regard to the '233 Patent without prejudice;[1] and (2) enter Final Judgment of invalidity as to the asserted claims of the '007 Patent and the '377 Patent, and to further dismiss any remaining counterclaims without prejudice.

Respectfully Submitted,

Dated:  December 21, 2023

/s/ Eley O. Thompson

| | |
|---|---|
| Ruben J. Rodrigues (BBO 676,573) | Eley O. Thompson (*pro hac vice*) |
| Lucas I. Silva (BBO 673,935) | FOLEY & LARDNER LLP |
| John Custer (BBO 705,258) | 321 N. Clark Street |
| FOLEY & LARDNER LLP | Suite 2800 |
| 111 Huntington Avenue | Chicago, IL 60654-5313 |
| Suite 2500 | Phone: (312) 832-4359 |
| Boston, MA 02199-7610 | Fax: (312) 832-4700 |
| Phone: (617) 342-4000 | ethompson@foley.com |
| Fax: (617) 342-4001 | |
| lsilva@foley.com | *Counsel for Plaintiff* |
| rrodrigues@foley.com | *Philips North America LLC* |
| jcuster@foley.com | |

---

[1] In its previous motion, Philips had requested the counterclaims related to the '233 patent be dismissed with prejudice, but Fitbit now requests that this renewed motion seek dismissal of these counterclaims without prejudice.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed with the Court through the ECF system and that a copy will be electronically served on registered participants as identified on the Notice of Electronic Filing.

By: /s/ *John W. Custer*
John W. Custer